# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THREE BROTHERS SUPERMARKET INC., et al.**, | **CIVIL ACTION** |
| Plaintiffs, | **NO. 2:19-cv-02003-KSM** |
| *v.* | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## ORDER

**AND NOW**, this 1st day of September, 2020, upon consideration of the Plaintiffs' Motion to Compel Responses to Plaintiffs' Interrogatories and Strike Defendants' General Objections. (Doc. No. 21) and the Defendant's response brief (Doc. No. 22), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.    By **September 11, 2020**, the Defendant shall provide supplemental responses to Interrogatory Nos. 7 and 12.

2.    The remainder of the Motion is **DENIED.**

**IT IS SO ORDERED.**

**/s/KAREN SPENCER MARSTON**

_____
KAREN SPENCER MARSTON, J.