## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THREE BROTHERS SUPERMARKET INC., et al.**, | CIVIL ACTION |
| Plaintiffs, | NO. 2:19-cv-02003-KSM |
| *v.* | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

### ORDER

**AND NOW** this 25th day of September, 2020, upon consideration of Defendant United States of America's Unopposed Motion for Confidentiality Order and Partial Sealing of Administrative Record (Doc. No. 19), the parties' Stipulated Protective Order (*id.* at p. 14), and an *in camera* review of the administrative record, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The parties' Stipulated Protective Order is **APPROVED.**

2. The Clerk of Court shall file the administrative record under seal.

3. By **September 30, 2020**, the Government shall file a revised version of the redacted administrative record. Consistent with the Court's Memorandum Opinion, the Government should redact only identifying and financial information for Three Brothers, comparator stores, Tejada, and SNAP members. The redacted administrative record will be made publicly available.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.