# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THREE BROTHERS SUPERMARKET INC.,** **et al.**, | **CIVIL ACTION** |
| Plaintiffs, | **NO. 2:19-cv-02003-KSM** |
| *v.* | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## ORDER

**AND NOW**, this 25th day of March, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 31), Plaintiffs' Motion for Summary Judgment (Doc. No. 32), and Defendant's Reply to Plaintiffs' Motion for Summary Judgment (Doc. No. 33), it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**.

2. Plaintiffs' Motion for Summary Judgment is **DENIED**.

3. The Clerk of Court **SHALL** mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.